UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | |
|---|---|
| In re:<br><br>Cornelius Stephens,<br>Debtor. | Chapter 13<br><br>Case No. 25-43801-jmm |
| Cornelius Stephens,<br>Plaintiff,<br><br>-v-<br><br>Castlerock 2017 LLC,<br>Castle CFD Group LLC, and<br>Madison CFD LLC,<br>Defendants. | Adv. Pro. No. 26-1038-jmm |

-----------------------------------------------------x

**ORDER (I) DENYING PLAINTIFF'S MOTIONS FOR SMMARY JUDGMENT AND (II) GRANTING DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on August 6, 2025, Cornelius Stephens (the "Debtor" or "Plaintiff") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on March 23, 2026, the Plaintiff filed a complaint against Castlerock 2017, LLC ("Castlerock"), Castle CFD Group LLC, Madison CFD LLC (collectively, the "Defendants"), commencing Adv. Pro. No. 26-1038-jmm (the "Adversary Proceeding") seeking, among other things, to avoid Castlerock's lien and to avoid transfers of 33 Main Street, Pennsville, New Jersey 08070 [ECF No. 1]; and

WHEREAS, on April 20, 2026, the Defendants filed a motion to dismiss the Adversary Proceeding (the "Motion to Dismiss") [ECF No. 10]; and

WHEREAS, on May 2, 2026, the Plaintiff filed a motion for summary judgment (the "First Summary Judgment Motion") [ECF No. 12]; and

WHEREAS, on May 14, 2026, the Defendants filed an objection to the First Summary Judgment Motion [ECF No. 15]; and

WHEREAS, on May 17, 2026, the Plaintiff filed a reply [ECF No. 17]; and

WHEREAS, on June 22, 2026, the Plaintiff filed a second motion for summary judgment (the "Second Motion for Summary Judgment," and, together with the First Motion for Summary Judgment, the "Summary Judgment Motions") [ECF No. 29];

WHEREAS, on July 16, 2026, the Court held a hearing on the Motion to Dismiss and the Motions for Summary Judgment;

**NOW, THEREFORE**, for the reasons stated on the record at the July 16, 2026 hearing, it is hereby

**ORDERED**, that the Motions for Summary Judgment are denied; and it is further

**ORDERED**, that the Motion to Dismiss is granted; and it is further

**ORDERED**, that the Adversary Proceeding is dismissed.

**Dated: July 27, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge